UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*17 cr 213 WMW-KMM*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924(a)(2) |
| v. | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 28 U.S.C. § 2461(c) |
| DEVENIER LYNELL SENTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNTS 1 - 4
(Making a False Statement During a Purchase of Firearms)

On or about the dates specified below, in the State and District of Minnesota, the

defendant,

## DEVENIER LYNELL SENTER,

in connection with the acquisition of firearms, namely, the firearms specified below, from

Lefty's Shooting and Outdoor Sporting Goods, Inc., a federally licensed dealer of firearms

within the meaning of Title 18, Chapter 44, United States Code, knowingly made a false

and fictitious oral and written statement to Lefty's Shooting and Outdoor Sporting Goods,

Inc., which statement was intended and likely to deceive Lefty's Shooting and Outdoor

Sporting Goods, Inc., as to a fact material to the lawfulness of such sale of the firearms to

the defendant under Chapter 44 of Title 18, in that the defendant represented that he was

the actual buyer of the firearms, when in fact he acquired the firearms on behalf of other

persons:

SCANNED

AUG 25 2017

U.S. DISTRICT COURT ST. PAUL

CASE 0:17-cr-00213-WMW-KMM   Document 1   Filed 08/23/17   Page 2 of 3

United States v. Devenier Lynell Senter

| Count | On or About Date | Firearm(s) |
|:---:|:---:|:---|
| 1 | November 4, 2016 | Taurus PT709 Slim nine-millimeter semiautomatic pistol, bearing serial number TJT98831 |
| 2 | November 8, 2016 | Taurus PT111 nine-millimeter semiautomatic pistol, Model, bearing serial number TJW69495 |
| 3 | December 14, 2016 | Taurus PT111 nine-millimeter semiautomatic pistol, bearing serial number TJR53931 |
| 4 | January 6, 2017 | Taurus PT111 nine-millimeter semiautomatic pistol, bearing serial number TFR36144; and <br><br> Taurus PT111 nine-millimeter semiautomatic pistol, bearing serial number TJR45780 |

all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATIONS

If convicted of any of Counts 1 through 4 of this Indictment, the defendant,

## DEVENIER LYNELL SENTER,

shall forfeit to the United States any firearms, accessories, and ammunition involved in or used in connection with each such violation including, but not limited to, (1) a Taurus PT709 Slim nine-millimeter semiautomatic pistol, bearing serial number TJT98831, (2) a Taurus PT111 nine-millimeter semiautomatic pistol, Model, bearing serial number TJW69495, (3) a Taurus PT111 nine-millimeter semiautomatic pistol, bearing serial number TJR53931, (4) a Taurus PT111 nine-millimeter semiautomatic pistol, bearing serial number TFR36144, (5) a Taurus PT111 nine-millimeter semiautomatic pistol, bearing serial number TJR45780, (6) a Taurus PT111 nine-millimeter semiautomatic pistol, with serial number TJR53226, and (7) one live round of CBC brand nine-millimeter

2

United States v. Devenier Lynell Senter

ammunition, all pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28,

United States Code, Section 2461(c).

A TRUE BILL

_____          _____
ACTING UNITED STATES ATTORNEY          FOREPERSON